IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

REGINA R. FUQUA, #179970,      )
                               )
            Plaintiff,         )
                               )
v.                             )        CASE NO. 2:17-CV-251-WKW
                               )
STATE OF ALABAMA, *et al.*,    )
                               )
            Defendants.        )

## <u>ORDER</u>

On June 5, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 8.)  Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1.     The Magistrate Judge's Recommendation (Doc. # 8) is ADOPTED;

2.     Plaintiff's claims against the State of Alabama, the Alabama Department of Corrections, and inmate Camille Fields are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i); and

3.     This case, with respect to Plaintiff's claims against the other defendants, is REFERRED back to the Magistrate Judge for further proceedings and recommendation as may be appropriate.

DONE this 26th day of July, 2017.

                    /s/ W. Keith Watkins
            CHIEF UNITED STATES DISTRICT JUDGE