IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGINA RENEE FUQUA, | ) | |
| AIS # 179970, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:17-CV-251-RAH |
| v. | ) | |
| | ) | |
| A. BAKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 20, 2020, the Magistrate Judge recommended the Motions for Summary Judgment (Doc. 10, 16) be granted and this case be dismissed with prejudice. On May 8, 2020, Plaintiff Regina Renee Fuqua filed Objections (Doc. 29) to the Report and Recommendation of the Magistrate Judge (Doc. 28). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b). Upon this court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 29) are OVERRULED.

2. The Recommendation (Doc. 28) is ADOPTED.

3. The Defendants' Motions for Summary Judgment (Docs. 10, 16) be GRANTED.

4. Judgment be GRANTED in favor of the defendants.

5. This case be DISMISSED with prejudice.

DONE, this 18th day of May, 2020.

        /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE